**Charles Michael MITCHELL,
Plaintiff–Appellant,**

v.

**Chief AUSTIN; Paul Mead, and all other concerned parties of the Columbia City Police Department, Defendants–Appellees.**

**No. 00–7169.**

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 6, 2001.

Decided Feb. 20, 2001.

Charles Michael Mitchell, pro se. Robert Gordon Cooper, Office of the City Attorney, Columbia, SC, for appellees.

* Appellees are Charles Austin, Chief of Police for the City of Columbia, South Carolina, and

Before WILLIAMS, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Charles Michael Mitchell appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion agreeing with the magistrate judge's recommendation to grant summary judgment to the Appellees * and find no error. Accordingly, we affirm on the reasoning of the district court. *Mitchell v. Austin,* No. CA–99–1620–0–23BD (D.S.C. Aug. 2, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

*AFFIRMED.*

Paul Mead, an investigator with the Columbia City Police Department.